NL
NORINSBERG LAW

Jon L. Norinsberg
John J. Meehan

Graham L. Oxford

825 Third Ave
Suite 2100
New York, NY 10022

One World Trade Center
85th Floor
New York, NY 10007
jon@norinsberglaw.com

September 4, 2026

**VIA ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** ***Fanning, et al. v. The Mount Sinai Hospital, et al.***
***Docket No. 1:26-cv-03792 (PAE)***

Dear Judge Engelmayer:

Our office represents Plaintiffs Frank Fanning and Susan Fanning in connection with the above-referenced matter. Plaintiffs respectfully request that the initial pretrial conference currently scheduled for Wednesday, September 9, 2026, at 10:00 a.m. be adjourned to a date on or after September 21, 2026. Plaintiffs also respectfully request, *nunc pro tunc*, that the September 3, 2026 deadline set by the Court's July 21, 2026 Order (Dkt. No. 10) for submission of a proposed Civil Case Management Plan and Scheduling Order and a joint letter be extended to a date six (6) days before the adjourned conference. Counsel for Defendants The Mount Sinai Hospital and Vivek Y. Reddy, M.D., Mia-Laine Martinez, Esq., of Shaub, Ahmuty, Citrin & Spratt, LLP, consents to this request.

The basis for this request is that Plaintiffs' counsel, Jon L. Norinsberg, will be away on a pre-planned vacation beginning September 8, 2026 and is scheduled to return on September 20, 2026. He will therefore be unavailable on the scheduled conference date. Section 2.C of Your Honor's Individual Rules and Practices in Civil Cases and the Court's July 21, 2026 Order require the attorney who will serve as principal trial counsel to attend all pretrial conferences. Mr. Norinsberg will serve as Plaintiffs' principal trial counsel, and Plaintiffs therefore respectfully request that the conference be adjourned until after his return.

This is Plaintiffs' first request for an adjournment of the initial pretrial conference and their first request for an extension of the September 3, 2026 submission deadline. No prior request for either has been made, granted, or denied. Plaintiffs respectfully apologize that this application is being submitted one day after the September 3 deadline and ask the Court's indulgence in granting

the requested extension *nunc pro tunc*. Because no Civil Case Management Plan and Scheduling Order has yet been entered in this action, no other scheduled dates would be affected by the requested adjournment, and no proposed revised Plan is required to accompany this application. The parties have prepared a proposed Civil Case Management Plan and Scheduling Order and a joint letter and will submit them on the schedule the Court directs.

For these reasons, Plaintiffs respectfully request that the initial pretrial conference be adjourned to a date on or after September 21, 2026, and that the September 3, 2026 deadline for submission of the proposed Civil Case Management Plan and Scheduling Order and the joint letter be extended *nunc pro tunc* to a date six (6) days before the adjourned conference.

We thank the Court for its consideration of this request.

Sincerely,

Jon L. Norinsberg, Esq.

cc: All counsel via ECF

GRANTED.

The initial pretrial conference currently scheduled for September 9, 2026 at 10:00 a.m. is hereby rescheduled to September 23, 2026 at 2 p.m. The deadline for the parties' submission of a proposed Civil Case Management Plan and Scheduling Order and joint letter is extended, *nunc pro tunc*, to September 17, 2026.

SO ORDERED.

Date: September 8, 2026
New York, New York

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge