UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK FANNING *et al.*,

Plaintiffs,

-v-

THE MOUNT SINAI HOSPITAL *et al.*,

Defendants.

26 Civ. 3792 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 7, 2026, plaintiffs attempted to file an amended complaint, which was rejected as untimely under Fed. R. Civ. P. 15(a)(1)(B). At the September 23, 2026 conference in this case, the Court and the parties contemplated plaintiffs' amending their complaint to plead a cause of action on behalf of plaintiff Susan Fanning. No party objected at that time.

The Court expects to grant plaintiffs leave to file an amended complaint by October 23, 2026, as contemplated at the September 23, 2026 conference. However, because defendants' position on such was not memorialized in the parties' case management plan, Dkt. 18, the Court would like to hear from defendants before accepting plaintiffs' filing. Counsel for defendants is directed to file a letter on the docket of this case, by Tuesday, October 13, 2026, informing the Court whether any defendant objects to plaintiffs' filing an amended complaint, and if so, on what grounds.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 8, 2026
New York, New York