UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK FANNING *et al.*,

Plaintiffs,

-v-

THE MOUNT SINAI HOSPITAL *et al.*,

Defendants.

26 Civ. 3792 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At the September 23, 2026 conference in this case, the Court and the parties discussed plaintiffs' amending their complaint to plead a cause of action on behalf of plaintiff Susan Fanning. On October 7, 2026, plaintiffs attempted to file an amended complaint, which was rejected as untimely under Fed. R. Civ. P. 15(a)(1)(B). Dkt. 19. The Court sought a response from defendants. Dkt. 20. Defendants confirmed that they do not oppose plaintiffs' filing an amended complaint to plead a cause of action on behalf of Susan Fanning. Dkt. 21.

The Court hereby grants plaintiffs leave to amend the complaint, limited to those amendments that plead a cause of action on behalf of Susan Fanning. Any amended filing is due October 23, 2026, and, consistent with the Court's Individual Rule 3.H, must be accompanied by a redline showing all differences between the original and revised filing.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 13, 2026
New York, New York